```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 9, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
A.M. Todd Company, Inc., and Zink & Triest
Company, Inc.,
                    Petitioners,

     -against-

A.G.K. SARL,
                    Respondent.
------------------------------------------------------X

1: 09 Civ. 4798 (PAC)
ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record, following oral argument on Tuesday, June 9, 2009, the Petitioner's emergency motion to stay arbitration proceedings is DENIED. The Clerk of Court is directed to dismiss this case with prejudice. See transcript for complete details of this proceeding.

Dated: New York, New York
         June 9, 2009

SO ORDERED

*[signature]*
PAUL A. CROTTY
United States District Judge

1